IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-03-94 |
| | § | C.A. No. C-05-490 |
| FRANK DAVIS, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment granting in part and denying in part as moot defendant Frank Davis' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. Davis' judgment of conviction and sentence is hereby VACATED in accordance with the Court's Order Granting In Part and Denying In Part as Moot Motion to Vacate, Set Aside, or Correct Sentence.

It is so ORDERED this 6th day of September, 2006.

_____
Janis Graham Jack
United States District Judge